No. 94–5383. ROGERS v. ZANT, WARDEN. C. A. 11th Cir. Certiorari denied.

No. 94–5385. ACOSTA v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 94–5386. ROARK v. JACKSON COUNTY. Ct. App. Ore. Certiorari denied.

No. 94–5388. QUINTERO v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 94–5389. LYONS v. SOUTHERN CALIFORNIA RAPID TRANSIT DISTRICT. Ct. App. Cal., 2d App. Dist. Certiorari denied.

No. 94–5390. MCQUEEN v. BRISTER, JUDGE, TEXAS DISTRICT COURT, 234TH DISTRICT. Sup. Ct. Tex. Certiorari denied.

No. 94–5391. RODEN v. SMITH ET AL. C. A. 5th Cir. Certiorari denied.

No. 94–5392. LAWAL v. SOUTHERN BELL TELEPHONE & TELEGRAPH CO. Ct. App. Ga. Certiorari denied.

No. 94–5393. MCDERMOTT v. LYNCH ET AL. C. A. 6th Cir. Certiorari denied.

No. 94–5394. LOWE v. SCOTT, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, INSTITUTIONAL DIVISION. C. A. 5th Cir. Certiorari denied.

No. 94–5396. DUSENBERY v. UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 94–5397. TRAIL ET UX. v. RICHARDSON, COMMISSIONER OF INTERNAL REVENUE. C. A. 5th Cir. Certiorari denied.

No. 94–5399. PARKER v. UNITED STATES; and
No. 94–5400. MENDEZ v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 94–5401. SANCHEZ v. UNITED STATES. C. A. 9th Cir. Certiorari denied.